**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS**

**DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS**

1.    Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**

    1a.    If the answer is "Yes," list the case number and title of the earliest filed complaint: **18 CR 696, *United States v. Ashraf Al-Safoo, a/k/a Abu Al'-Abbas Al-Iraqi, a/k/a Abu Shanab, a/k/a Abbusi***

    1b.    Should this indictment or information receive a new case number from the court? **No**

2.    Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes**

    2a.    If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **18 CR 696, *United States v. Ashraf Al-Safoo, a/k/a Abu Al'Abbas Al-Iraqi, a/k/a Abu Shanab, a/k/a Abbusi***

3.    Is this a re-filing of a previously dismissed indictment or information? **No**

4.    Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5.    Is this a transfer of probation supervision from another district to this District? **No**

6.    What level of offense is this indictment or information? **Felony**

7.    Does this indictment or information involve eight or more defendants? **No**

8.    Does this indictment or information include a conspiracy count? **Yes**

9.    Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Other Federal Statutes (III)**

10.    List the statute of each of the offenses charged in the indictment or information.
**18 U.S.C. § 317
18 U.S.C. § 1030
18 U.S.C. § 2339B(a)(1)**

                                      */s/ Barry Jonas*
                                      BARRY JONAS
                                      MELODY WELLS
                                      PETER SALIB
                                        Assistant United States Attorneys